| Information to identify the case: | |
|---|---|
| **Debtor 1** Craig J Musco<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–3354<br>EIN _ _–_ _ _ _ _ _ _ |
| **Debtor 2** Lori Musco<br>(Spouse, if filing)<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–2004<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | |
| Case number:  17–29806–MBK | |

# Order of Discharge                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Craig J Musco                                            Lori Musco
                                                         aka Lori Payne

12/29/17                              **By the court:**  Michael B. Kaplan
                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 17-29806-MBK
Craig J Musco                                                       Chapter 7
Lori Musco
        Debtors                          CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Dec 29, 2017
                              Form ID: 318                Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2017.
db/jdb         Craig J Musco,    Lori Musco,    470 Tivoli Ct,    Morganville, NJ 07751-1775
517095266      11 VERIZON,    Debt Recovery Solution,    6800 Jericho Tpke,    Syosset, NY 11791-4436
517095268      Allianceone Receivable Management Inc,    PO Box 11641,    Tacoma, WA 98411-6641
517095270      At T Mobility,    Enchanced Recovery Corp,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517095271      Blue Trust Loans,    PO Box 1754,    Hayward, WI 54843-1754
517095272      Brighter Dental care Marlboro,    46 Vreeland Dr Ste 6,    Skillman, NJ 08558-2638
517095281      CONEDISON,    Penn Credit Corp,    PO Box 988,    Harrisburg, PA 17108-0988
517095275      Capital One Bank USA N.A.,    Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541-1067
517095284      Debt Rec Sol,    6800 Jericho Tpke,    Syosset, NY 11791-4436
517095285      Direct TV,    PO Box 5007,    Carol Stream, IL 60197-5007
517095286      Div 726 Fcu,    4866 Arthur Kill Rd,    Staten Island, NY 10309-2633
517095289      Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
517095290      High Focus Center,    680 American Ave Ste 302,    King of Prussia, PA 19406-4023
517095296      Laboratory Corporation of America,    PO Box 32240,    Burlington, NC 27216
517095297      Massey's,    1251 1st Ave,    Chippewa Falls, WI 54729-1691
517095299      Miraca Life Sciences,    PO Box 844117,    Dallas, TX 75284-4117
517095301      NJ EZ Pass- Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
517095300      National Grid Fka Keyspan Ny,    Stevens Business Services,    92 Bolt St # 2,
                Lowell, MA 01852-5316
517095302      Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
517095303      Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
517095305      Quest Diagnostics,    PO Box 740985,    Cincinnati, OH 45274-0985
517095306      Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517095308      Rubin & Rothman,    1787 Veterans Hwy,    Islandia, NY 11749-1500
517095315      STANLEY KLEIN DPM,    REMex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517095311      Shore Nephrology, PA,    2100 State Route 33 Ste 15,    Neptune, NJ 07753-6116
517095314      Sprint,    Source Rec. Mgmy, LLC,    PO Box 4068,    Greensboro, NC 27404-4068
517095313      Sprint,    Allied Collection Services,    3080 S Durango Dr Ste 208,    Las Vegas, NV 89117-9194
517095316      Staten island Pulmonary Assoc., PC,    501 Seaview Ave Ste 102,    Staten Island, NY 10305-3400
517095317      Stevens Business Servi,    92 Bolt St # 1,    Lowell, MA 01852-5316
517095318      T-Mobile,    Credence Resou Mgt,    PO Box 2300,    Southgate, MI 48195-4300
517095319      Time Warner Cable - East,    Credit Collection Services,    725 Canton St,
                Norwood, MA 02062-2679
517095322      Visa,    PO Box 31279,    Tampa, FL 33631-3279

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 29 2017 22:59:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 29 2017 22:59:40       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517095267      +E-mail/Text: ed.doyle@accountcontrolsystems.com Dec 29 2017 23:00:57
                 Account Control Systems,    85 Chesternut Ridge Rd Ste 113,    Montvale, NJ 07645-1836
517095269      +E-mail/Text: banko@acsnv.com Dec 29 2017 23:00:18      Allied Coll,    3080 S Durango Dr,
                 Las Vegas, NV 89117-9194
517095274       EDI: CAPITALONE.COM Dec 29 2017 22:38:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238-1119
517095273       EDI: CAPITALONE.COM Dec 29 2017 22:38:00      Capital One,    Attn: Bankruptcy,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
517095276       EDI: WFNNB.COM Dec 29 2017 22:38:00      Comenity Bank/Express,    Attn: Bankruptcy,
                 PO Box 182125,    Columbus, OH 43218-2125
517095277       EDI: WFNNB.COM Dec 29 2017 22:38:00      Comenity Bank/Express,    PO Box 182789,
                 Columbus, OH 43218-2789
517095278       EDI: WFNNB.COM Dec 29 2017 22:38:00      Comenity Capital Bank/Hsn,    PO Box 182125,
                 Columbus, OH 43218-2125
517095279       EDI: WFNNB.COM Dec 29 2017 22:38:00      Comenity Capital/Hsn,    995 W 122nd Ave,
                 Westminster, CO 80234-3417
517095280       EDI: WFNNB.COM Dec 29 2017 22:38:00      Comenity-HSN,    PO Box 659707,
                 San Antonio, TX 78265-9707
517095282      +E-mail/Text: bankruptcy@credencerm.com Dec 29 2017 23:00:42       Credence Resource Mana,
                 17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1940
517095283       EDI: CCS.COM Dec 29 2017 22:38:00      Credit Collection Serv,    725 Canton St,
                 Norwood, MA 02062-2679
517095287       E-mail/Text: bknotice@erccollections.com Dec 29 2017 22:59:49       Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517095288      +EDI: AMINFOFP.COM Dec 29 2017 22:38:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
517095291       EDI: JEFFERSONCAP.COM Dec 29 2017 22:38:00      Jefferson Capital Syst,    16 McLeland Rd,
                 Saint Cloud, MN 56303-2198
517095292       EDI: JEFFERSONCAP.COM Dec 29 2017 22:38:00      Jefferson Capital Systems,    16 McLeland Rd,
                 Saint Cloud, MN 56303-2198
517095294       EDI: CBSKOHLS.COM Dec 29 2017 22:38:00      Kohls/Capital One,    Kohls Credit,    PO Box 3043,
                 Milwaukee, WI 53201-3043
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517095295       +EDI: CBSKOHLS.COM Dec 29 2017 22:38:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
517095298        EDI: MID8.COM Dec 29 2017 22:38:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA   92108-2709
517095304        EDI: PRA.COM Dec 29 2017 22:38:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA   23502-4952
517095307        EDI: RMCB.COM Dec 29 2017 22:38:00      RMCB,    PO Box 1235,    Elmsford, NY   10523-0935
517095309        EDI: CBS7AVE Dec 29 2017 22:38:00      Seventh Avenue,    Seventh Avenue, Inc,    1112 7th Ave,
                 Monroe, WI   53566-1364
517095310        EDI: CBS7AVE Dec 29 2017 22:38:00      Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
517095312        E-mail/Text: clientservices@sourcerm.com Dec 29 2017 23:00:36      Source Receivables Mng,
                 4615 Dundas Dr Ste 102,    Greensboro, NC 27407-1761
517095320        EDI: TFSR.COM Dec 29 2017 22:38:00      Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ   07054-4522
517095321        EDI: TFSR.COM Dec 29 2017 22:38:00      Toyota Motor Credit Co,    PO Box 8026,
                 Cedar Rapids, IA   52408-8026
                                                                                              TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517095293*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court:   Jefferson Capital Systems LLC,    16 McLeland Rd,
                 Saint Cloud, MN   56303-2198)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2017 at the address(es) listed below:
              John W. Hargrave    trustee@hargravelaw.com, jwh@trustesolutions.net
              Kevin B. Zazzera    on behalf of Joint Debtor Lori  Musco kzazz007@yahoo.com
              Kevin B. Zazzera    on behalf of Debtor Craig J Musco kzazz007@yahoo.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```